# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACE HOLDER FOR REMOVED DOCUMENT**

Kay Carlsen

Plaintiff(s)

v.

Case Number: CV 01-2076 (JRT/RLE)

Green Thumb, Inc.

Defendant(s)

---

Case No. CV. 01-2076 (JRT/RLE) was consolidated with Case No. CV. 04-2676 (JRT/RLE) per an Order (Document No. 25) signed by Magistrate Judge Raymond L. Erickson on 12/10/04.

All electronically filed documents will be found in case number CV 04-2676 (JRT/RLE) . Case number CV. 01-2076 (JRT/RLE) is closed.