UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Kay Carlsen,

Plaintiff,

vs. MINUTE ORDER

Green Thumb, Inc.,

Defendant. Civ. No. 01-2076 (JRT/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 18th day of February, 2003.

* * *

On February 18, 2003, we conducted a Status Conference in this matter, consistent with our Minute Order of January 10, 2003. At the time of the Conference, the Plaintiff appeared by Patrick M. Connor, Esq., and the Defendant appeared by Thomas A. Harder, Esq. Initially, the Defendant had sought to compel the Plaintiff's deposition, which had been deferred for medical reasons. The Court is now advised that the Plaintiff's deposition has been completed, and that discovery, in all probability, is at a close, although the Plaintiff is contemplating one additional deposition relating to the Defendant's Counterclaim. The deadline for the completion of discovery closed on December 20, 2002, and we find good cause for

17

FEB 19 2003

a modest extension of that deadline given the medical considerations which delayed the taking of the Plaintiff's deposition.

In addition, the Defendant advises that it intends to file dispositive Motions, but that the current deadline for such Motions will expire on March 24, 2003, which will allow the Defendant little time to brief the contemplated Motions. As a result, we extend the discovery deadline to March 1, 2003, and all dispositive Motions shall be fully briefed and a complete set of Motion papers filed with the Clerk of Court by no later than April 24, 2003. The "Ready for Trial" date will also be extended to May 24, 2003, or 30 days after the Court renders its Order on any then pending dispositive Motion, whichever date is later.

NOW, THEREFORE, It is --

ORDERED:

1. That the Defendant's Motion to Compel the Plaintiff's Deposition [Docket No. 10] is DENIED, as moot.

2. That the Defendant's Motion to Amend the Scheduling Order [Docket No. 10] is GRANTED.

3. That all pretrial discovery shall be commenced so as to be completed **by no later than March 1, 2003.**

4. That all dispositive Motions shall be fully briefed and a complete set of Motion papers filed with the Clerk of Court **by no later than April 24, 2003.**

5. That the "Ready for Trial" date shall be extended to **May 24, 2003**, or 30 days after the Court issues its Order on any then pending dispositive Motion, whichever date is later.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE