UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kay Carlsen,

Plaintiff,

v.

Green Thumb, Inc.,

Defendant.

Court File No.: 01-CV-2076 JRT/RLE
Case Type: Employment

**STIPULATION FOR PARTIAL DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendant, that the above-captioned action as it pertains to the defamation claim in Count III of the above-captioned matter, may be and is hereby dismissed with prejudice and without costs to any party.

**IT IS FURTHER STIPULATED AND AGREED** that judgment of dismissal with prejudice may be entered pursuant to this Stipulation without further notice.

Dated: 4/23/03

CONNOR, SATRE & SCHAFF

By: ______________________
Mr. Patrick M. Connor (#18521)
925 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 344-1221
ATTORNEYS FOR PLAINTIFF

Dated: 4/22/03

FOLEY & MANSFIELD, P.L.L.P.

By: ______________________
Thomas A. Harder (#158987)
200 Lafayette Building
1108 Nicollet Mall
Minneapolis, MN 55403
Telephone: (612) 338-8788
ATTORNEYS FOR DEFENDANT

FILED 5·5·03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 5·5·03
DEPUTY CLERK ________

**ORDER**

Based on the above Stipulation,

**IT IS HEREBY ORDERED:**

1. That Count III of Plaintiff's claims against Defendant are dismissed with prejudice and without costs to any party; and

2. That there being no just reason for delay, the Clerk of Court is directed to enter a judgment of dismissal of Count III with prejudice in favor of Defendant and against Plaintiff.

**LET JUDGMENT BE ENTERED FORTHWITH.**

BY THE COURT:

Dated: May 2, 2003

By: ______________________
Judge of U.S. District Court