AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Kay Carlsen

V.

Green Thumb, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 01-2076 JRT/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Count III of Plaintiff's claims against Defendant are dismissed with prejudice and without costs to any party; and

2. There being no just reason for delay, the Clerk of Court is directed to enter a judgment of dismissal of Count III with prejudice in favor of Defendant and against Plaintiff.

May 5, 2003
Date

RICHARD D. SLETTEN, CLERK

Shirley Hansen
(By) Shirley Hansen Deputy Clerk

36