UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Kay Carlsen,

Plaintiff,

vs.

CERTIFICATE OF READINESS FOR TRIAL

Green Thumb, Inc.,

Defendant.

Civ. No. 01-2076(JRT/RLE)

* * * * * * * * * * * * * * * * * *

TO: Honorable John R. Tunheim, and all counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: July 9th, 2003
At Duluth, Minnesota

39

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK