**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kay Carlsen,

Plaintiff,

v. **CIVIL 01-2076 (JRT/RLE)**

Green Thumb, Inc.,

Defendant.

- - - - - - - - - - - - - - - - - - -

Kay Carlsen,

Plaintiff,

v. **CIVIL 04-2676 (JNE/RLE)**

Experience Works, Inc.,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No. 01-2076 having been assigned to Judge John R. Tunheim and Case Nos. 04-2676 having later been assigned to Judge Joan N. Ericksen and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 04-2676 be assigned to Judge John R. Tunheim and Magistrate Judge Raymond L. Erickson, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated February 10, 2003.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: May 19, 2004.

s/John R. Tunheim

Judge John R. Tunheim
United States District Court

DATED: May 24, 2004.

s/Joan N. Ericksen
Joan N. Ericksen
United States District Court