# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| Kay Carlsen, | ) | COURT MINUTES - CIVIL | |
| | ) | BEFORE: Raymond L. Erickson | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | Civ. 01-2076 (JRT/RLE) |
| | ) | Date: | October 12, 2004 |
| Green Thumb, Inc., | ) | Court Reporter: | |
| | ) | Time Commenced: | 1:30 p.m. |
| Defendant. | ) | Time Concluded: | 3:00 p.m. |
| | ) | Time in Court: 1 Hours & 30 Minutes | |

Hearing on: **Settlement held in Court Room 12W, Minneapolis, Minnesota**

APPEARANCES: Plaintiff: Patrick M. Connor
Defendant: Thomas A. Harder

PROCEEDINGS:

☒ No settlement reached.

s/Victoria L. Miller
Judicial Assistant