UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KayCarlsen,

Plaintiff,

v.-.

Green Thumb, Inc.,

Defendant.

Civ. No.: 0l-2076 JRT/RLE
Case Type: Employment

---

Kay Carlsen,

Plaintiff,

v.

Experience Works, f/k/a
Green Thumb, Inc.,

Defendant.

Civ. No.: 04-2676 JRT/RLE
Case Type: Employment

---

**ORDER TO CONSOLIDATE ACTIONS**

Whereas, Kay Carlsen is the Plaintiff in both actions captioned above;

Whereas, Experience Works, f/k/a Green Thumb, Inc. is the Defendant in both actions captioned above; and

Whereas, the first action captioned above, Court File No. 01 -CV-2076 JRT/RLE (hereinafter the "Termination Action") relates to the claims of the Plaintiff for interference in the Plaintiffs rights under the Family and Medical Leave Act and the counterclaim of the Defendant for breach of the Plaintiffs duty to Defendant

by enrolling ineligible clients and placing those clients in ineligible positions (hereafter the "Counterclaim"); and

Whereas, the second action captioned above, Court File No. 04-2676 JRT/RLE (hereinafter the "Indemnification Action") relates to the claims of the Plaintiff for indemnification for the damages and attorney fees incurred in relation to the Counterclaim of the Defendant in the Termination Action; and

Whereas, there are common issues of law and fact in both the counterclaim in the Termination Action and in the Indemnification Action. The evidence presented in the Counterclaim will relate to Plaintiffs actions and reporting various documentation in signing certification forms, and enrolling ineligible participants. Defendant's witnesses will be those individuals with the most knowledge of those facts. In the indemnification action, Plaintiff claims indemnification for that same claim. Defendant's defense to the indemnification action will be based upon the statutory defenses; i.e., that the Plaintiff did not act in good faith and with a reasonable basis, in those very same certifications and enrollments. The evidence and witnesses overlap almost completely; and

Whereas, the consolidation of these two action pursuant to Fed. R. Civ. P. 42(a) would tend to avoid unnecessary costs and delays. The discovery is completed in the Termination Action and it is ready for trial. Discovery in the Indemnity Action is proceeding and would be concluded before any trial scheduled in the Termination Action. The Plaintiff suffers from serious medical conditions which limit her ability to travel. Requiring her to appear for more than one trial would be a serious imposition;

NOW THEREFORE, Plaintiff Kay Carlsen and Defendant Experience Works, f/k/a Green Thumb,

Inc. hereby stipulate to the consolidation of the two actions for trial and request this Court enter an order under Fed. R. Civ. P. 42(a) consolidating the actions for trial.

AND WHEREAS, counsel for both parties have stipulated to the consolidation of both actions;

IT IS HEREBY ORDERED that Court File No. 01-2076 (JRT/RLE) and 04-2676 (JRT/RLE) shall be and hereby are consolidated for trial pursuant to Fed. R. Civ. P. 42A.

BY THE COURT:

Dated: November 29, 2004

s/Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE