UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kay Carlsen, Civ. No. 01-2076(JRT/RLE)

Plaintiff,

v.

Green Thumb, Inc.,

Defendant.

---

Kay Carlsen, Civ. No.: 04-2676(JRT/RLE)

Plaintiff,

v.

Experience Works, f/k/a
Green Thumb, Inc.,

Defendant.

---

**ORDER TO CLOSE AND CONSOLIDATE ACTIONS**

---

The Court, being fully apprized of the premises, including the Stipulation of the parties, hereby orders as follows:

1. That Civil No. 01-2076(JRT/RLE) shall be closed.

2. That all pleadings, correspondence, and other matters currently filed in Civil No. 01-2076(JRT/RLE) shall be transferred to and filed within Civil No. 04-2676(JRT/RLE).

3. That all further filings and procedures in either matter shall henceforth be filed and conducted in the consolidated Civil No. 04-2767(JRT/RLE).

BY THE COURT:

Dated: December 10, 2004

s/Raymond L. Erickson

Raymond L. Erickson
United States Magistrate Judge